tion in the alternative for writ of mandamus to compel the allowance of a writ of error and supersedeas by the circuit court of the United States for the Southern district of Iowa, or for the allowance of a writ of error and supersedeas by the circuit court of appeals. Clark Varnum, for petitioner. No opinion. Denied.

---

CITY OF HASTINGS, NEB., v. THOMAS. (Circuit Court of Appeals, Eighth Circuit. January 18, 1897.) No. 825. Error to the Circuit Court of the United States for the District of Nebraska. Harry S. Dungan, for plaintiff in error. Lionel C. Burr and Charles L. Burr, for defendant in error. No opinion. Affirmed, with costs.

---

CITY OF HUMBOLDT v. JACKSON et al. (Circuit Court of Appeals, Eighth Circuit. December 9, 1896.) No. 665. Error to the Circuit Court of the United States for the District of Kansas. L. W. Keplinger, for plaintiff in error. C. E. Epler, B. P. Waggener, David Martin, James W. Orr, W. C. Perry, and John H. Crain, for defendants in error. Dismissed, with costs, pursuant to stipulation of the parties.

---

CITY OF OMAHA et al. v. NEW ENGLAND LOAN & TRUST CO. (Circuit Court of Appeals, Eighth Circuit. May 13, 1896.) No. 746. Appeal from the Circuit Court of the United States for the District of Nebraska. W. J. Connell, for appellants. E. D. Samson, for appellee. No opinion. Dismissed, with costs, pursuant to twenty-third rule, for failure to print record, on motion of appellee.

---

COCKRILL v. WOODSON et al. (Circuit Court of Appeals, Eighth Circuit. December 8, 1896.) No. 883. Error to the Circuit Court of the United States for the Western District of Missouri. Ben. J. Woodson, for defendants in error. No opinion. Docketed and dismissed, with costs, pursuant to the sixteenth rule, on motion of counsel for defendants in error.

---

## CROSSLEY v. DUGGAN.

(Circuit Court of Appeals, Third Circuit. February 22, 1897.)

PATENTS—APPARATUS FOR MOLDING EARTHENWARE.

Appeal from the Circuit Court of the United States for the District of New Jersey.

For opinion, see 71 Fed. 967.

Francis T. Chambers and F. C. Lowthrop, for appellant.
James Buchanan, for appellee.

Before DALLAS, Circuit Judge, and BUTLER and WALES, District Judges.

PER CURIAM. The judges by whom this case was heard, including the late Judge WALES, had, some time previous to his death, all agreed upon the disposition to be made of it. The survivors of those who then constituted the court do not deem it necessary, under the circumstances, to do more than announce the judgment which had thus been unanimously determined upon. In accordance therewith the decree of the court below is affirmed.